STATE v. ELLIS

No. 573P95

Case below: 120 N.C.App. 648

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

STATE v. LEE

No. 247A90-2

Case below: Watauga County Superior Court.

Petition by defendant (Lee) for writ of certiorari to review the order of the Superior Court, Watauga County denied 7 March 1996.

STATE v. MERRITT

No. 561P95

Case below: 120 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 February 1996

TINCH v. VIDEO INDUSTRIAL SERVICES

No. 571P95

Case below: 120 N.C.App. 640

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996

TOWER DEVELOPMENT PARTNERS v. ZELL

No. 432PA95

Case below: 120 N.C.App. 136

Motion by petitioner (Zell) to dismiss the appeal allowed 7 March 1996